| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, CA Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | FERNANDO ROSALES-ROMERO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:13-cr-0311 LJO / SKO |
| | ) | |
| Plaintiff, | ) | STIPULATION **ADVANCING** STATUS |
| | ) | CONFERENCE FOR A CHANGE OF PLEA; |
| v. | ) | ORDER THEREON |
| | ) | |
| FERNANDO ROSALES-ROMERO, | ) | |
| | ) | |
| Defendant. | ) | Date: September 3, 2013 |
| | ) | Time: 8:30 a.m. |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, United States Attorney Mia A. Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Fernando Rosales-Romero, that the status conference currently set for September 30, 2013 at 8:30 a.m., **may be advanced and rescheduled to September 3, 2013 at 8:30 a.m. for a change of plea hearing before Hon. Lawrence J. O'Neill.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea September 3, 2013.

///

///

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: August 26, 2013 | */s/ Mia A. Giacomazzi*<br>MIA A. GIACOMAZZI<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: August 26, 2013 | /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>Fernando Rosales-Romero |

**ORDER**

IT IS SO ORDERED.

**Dated: August 27, 2013**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE